UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

IN RE:                                                                                            CASE NO.: 22-13408
                                                                                                  CHAPTER 13
Nancy J Goulston,
    Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-RP1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**350 10TH AVENUE, SUITE 1000**
**SAN DIEGO, CA 92101**

                                                    Robertson, Anschutz, Schneid & Crane LLP
                                                    Authorized Agent for Secured Creditor
                                                    350 10th Avenue, Suite 1000
                                                    San Diego, CA 92101
                                                    Telephone: 470-321-7112

                                                    By: /s/Theron S. Covey
                                                        Theron S. Covey
                                                        Email: tcovey@raslg.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

NANCY J GOULSTON
PO BOX 1224
LA QUINTA, CA 92247

And via electronic mail to:

ROD DANIELSON (TR)
3787 UNIVERSITY AVENUE
RIVERSIDE, CA 92501

UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501-3200


By: /s/ Brianna Carr