| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Nancy J Goulston<br>PO Box 1224<br>La Quinta, CA 92247<br>909-205-6335<br>nancygcal@hotmail.com<br><br>☒ *Debtor appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY<br><br>FILED<br>SEP 22 2022<br>CY COURT<br>CALIFORNIA<br>Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br><br>NANCY J GOULSTON<br><br><br><br>Debtor(s). | CASE NO.: 6:22-bk-13408-WJ<br>CHAPTER: 13<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>**(with supporting declaration)**<br>**[FRBP 1007(c), LBR 1007-1(b)]** |
|---|---|

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A/B – J)    ☒ Chapter 13 Plan    ☒ Statement of Financial Affairs
   ☒ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
   ☐ Debtor's Certification of Employment Income
   ☒ Other (*specify*):

**Note**: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed: 9//08/2022
3. Date of § 341(a) meeting of creditors: 10/19/2022
4. Debtor requests extension to and including (extension deadline) (*date*): 10/6/2022

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5. Declaration regarding the reason(s) for extension (*explain*):
   I am in the process of finding an attorney to represent me

   My case is more complex than I realized in terms of calculating income, debts and solutions to remedy the situation.
   I am 75 years old and had planned on relying on investments made many years ago to provide for my retirement income. Due to circumstances beyond my control, I have lost the positive income I have had in the past.

   I rely on net income from Real Estate investment which in the past provide a postive monthly income.

   Due to increasing debt that was meant to solve an immediate problem to help pay obligations, my situation became worse.

   I have lost income due to the COVID shut downs and Ban on Evictions for tenants who did not pay the rent. The tenants were protected by the Ban by the State of California and the Ban put in place by Los Angeles County which was extended to the end of this year.

   I have used up my savings trying to keep up with my obligations.

   I have spoken to Mat Resnik and in the process of arranging for him to represent me

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/20/2022 | *(signature)* | | |
|---|---|---|---|
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 2    F 1007-1.MOTION.DEC.EXTEND