Form CACB van162–odcnf
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# ORDER AND NOTICE OF DISMISSAL
# FOR FAILURE TO FILE INITIAL PETITION DOCUMENTS

**DEBTOR INFORMATION:**
Nancy J Goulston

**BANKRUPTCY NO.**  6:22–bk–13408–WJ

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–7378
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 9/28/22

**Address:**
PO Box 1224
La Quinta, CA 92247

It appearing that a voluntary petition was filed in the above–captioned case without all the documents, signatures, or information required by FRBP 1007 and LBRs 1002–1 and 1007–1(a) to be filed or submitted at the time of the filing of a voluntary petition,

IT IS HEREBY ORDERED THAT:

(1)  The case is dismissed.

(2)  The automatic stay is vacated.

(3)  Any discharge entered in this case is vacated.

(4)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: September 28, 2022

FOR THE COURT,

**Wayne E. Johnson**
United States Bankruptcy Judge

Form van162–odcnf Rev. 06/2017

**16 / YG**