**FILED & ENTERED**

**SEP 28 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:22-bk-13408-WJ |
| NANCY J. GOULSTON, | CHAPTER 13 |
| Debtor. | **ORDER REGARDING THE MOTION OF THE DEBTOR TO EXTEND THE TIME TO FILE CASE INITIATION DOCUMENTS** |

1  The debtor, Nancy J. Goulston, has filed a motion entitled "Debtor's Motion To Extend Time To File Case Opening Documents" [docket #14]. However, the matter is moot because the case has been dismissed for failure to timely obtain credit counseling.

Accordingly, the Court hereby ORDERS:

1. The motion is denied as moot.

IT IS SO ORDERED.

### 

Date: September 28, 2022

Wayne Johnson
United States Bankruptcy Judge