United States Bankruptcy Court

Central District of California

In re:     Case No. 22-13408-WJ

Nancy J Goulston     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

**Recip ID     Recipient Name and Address**
db     + Nancy J Goulston, PO Box 1224, La Quinta, CA 92247-1224

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:**

**Name     Email Address**

Reilly D Wilkinson
    on behalf of Creditor TOORAK CAPITAL PARTNERS LLC rwilkinson@scheerlawgroup.com rwilkinson@ecf.courtdrive.com

Rod Danielson (TR)
    notice-efile@rodan13.com

Theron S Covey
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank National Association, as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004 tcovey@raslg.com, sferry@raslg.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 4

**FILED & ENTERED**

**SEP 28 2022**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **gooch** DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>NANCY J. GOULSTON,<br><br>                Debtor. | Case No.: 6:22-bk-13408-WJ<br><br>CHAPTER 13<br><br>**ORDER REGARDING THE MOTION OF THE DEBTOR TO EXTEND THE TIME TO FILE CASE INITIATION DOCUMENTS** |

- 1 -

1  The debtor, Nancy J. Goulston, has filed a motion entitled "Debtor's Motion To Extend Time To File Case Opening Documents" [docket #14]. However, the matter is moot because the case has been dismissed for failure to timely obtain credit counseling.

Accordingly, the Court hereby ORDERS:

1. The motion is denied as moot.

IT IS SO ORDERED.

###

Date: September 28, 2022

_____
Wayne Johnson
United States Bankruptcy Judge