United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-13408-WJ |
| Nancy J Goulston | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 28, 2022 | Form ID: van162 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J Goulston, PO Box 1224, La Quinta, CA 92247-1224 |
| cr | + | The Bank of New York Mellon f/k/a The Bank of New, Robertson, Anschutz, Schneid, Crane & Pa, 350 10th Avenue, suite 1000, San Deigo, CA 92101-8705 |
| 41283233 | + | Casitas de Alipaz HOA, c/o Coastal Resource Property Management, 32332 Camino Capistrano Ste 106, San Juan Capistrano, CA 92675-3701 |
| 41283236 | + | Devon Self Storage, 72500 Varner Rd Space 40, Thousand Palms, CA 92276-3406 |
| 41283237 | + | Devon Self Storage, 67650 Ramon Rd, Cathedral City CA 92234-3308 |
| 41283232 | + | Encino Oaks HOA, 5460 White Oak Ave, Encino, CA 91316-2401 |
| 41283235 | + | Investment Bankers Network, Alvara Plascencia, Ana Mark Plasencia, 8141 E 2nd St Ste 347, Downey CA 90241-3612 |
| 41283240 | + | Joanna Averett, Julia Burt, Burt & Clerk Law Firm, 73200 El Paseo, Palm Desert CA 92260-4245 |
| 41283230 | + | Nicholas Lanphier, c/o California TD Specialists, 8190 East Kaiser Blvd, Anaheim Hills, CA 92808-2215 |
| 41283234 | + | Palm Springs Villas HOA, c/o Seabreeze Management, 26840 Alliso Viejo Pkwy, Aliso Viejo, CA 92656-2624 |
| 41283238 | + | Public Storage, 1000 S Gene Autry Trail Space 97, Palm Springs CA 92264-3540 |
| 41283239 | + | Security Public Storage, 39505 Berkey Dr, Palm Desert CA 92211-1139 |
| 41283241 | + | Valerie Powers Smith, SBEMP, 1800 E Tahquitz Canyon Way, Palm Springs CA 92262-7104 |
| 41283231 | + | l Sharpe, c/o FCI Lending Services, 8190 E Kaiser Blvd, Anaheim Hills, CA 92808-2215 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Sep 29 2022 03:53:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 29 2022 03:53:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41292385 | + | EDI: WFHOME | Sep 29 2022 03:53:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TOORAK CAPITAL PARTNERS LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 28, 2022 | Form ID: van162 | Total Noticed: 17 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Reilly D Wilkinson

on behalf of Creditor TOORAK CAPITAL PARTNERS LLC rwilkinson@scheerlawgroup.com  rwilkinson@ecf.courtdrive.com

Rod Danielson (TR)

notice-efile@rodan13.com

Theron S Covey

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank  National Association, as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004 tcovey@raslg.com, sferry@raslg.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 4

Form CACB van162–odcnf
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

# ORDER AND NOTICE OF DISMISSAL
# FOR FAILURE TO FILE INITIAL PETITION DOCUMENTS

**DEBTOR INFORMATION:**
Nancy J Goulston

**BANKRUPTCY NO.**  6:22–bk–13408–WJ

**CHAPTER**  13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–7378
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 9/28/22

**Address:**
PO Box 1224
La Quinta, CA 92247

It appearing that a voluntary petition was filed in the above–captioned case without all the documents, signatures, or information required by FRBP 1007 and LBRs 1002–1 and 1007–1(a) to be filed or submitted at the time of the filing of a voluntary petition,

IT IS HEREBY ORDERED THAT:

(1)  The case is dismissed.

(2)  The automatic stay is vacated.

(3)  Any discharge entered in this case is vacated.

(4)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: September 28, 2022

FOR THE COURT,

**Wayne E. Johnson**
United States Bankruptcy Judge

Form van162–odcnf Rev. 06/2017

**16 / YG**